IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **O.W. BUNKER HOLDING NORTH AMERICA, INC., et al.,**[1] | : | |
| | : | **Case No. 14-51720** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |

# NOTICE OF CROSS-APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the cross-appellant(s)**

1. Name of cross-appellant:

   NuStar Energy Services, Inc. and NuStar Terminals Marine Services, N.V. (collectively, "**NuStar**").

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in adversary proceeding: | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | |
| ☐ Defendant | ☐ Debtor |
| ☐ Other (describe) | ☒ Creditor |
| _____ | ☐ Trustee |
| | ☐ Other (describe) |
| | _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

**Exhibit A**: Memorandum of Decision: (i) Granting in Part and Denying in Part NuStar's Motion For Summary Judgment; and (ii) Denying in Part and Granting in Part OWB USA Trust's Motion for Summary Judgment Dkt. 1682.

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

42850362.1

- 1 -

2. State the date on which the judgment, order, or decree was entered: August 19, 2019.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary).

| | |
|---|---|
| 1. Parties:<br>NUSTAR ENERGY SERVICES, INC. and NUSTAR TERMINALS MARINE SERVICES, N.V. | Eric Henzy (ct12849)<br>ZEISLER & ZEISLER, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06605<br>Telephone: (203) 368-4234<br>Facsimile: (203) 549-0861<br>Email: ehenzy@zeislaw.com<br><br>Michael M. Parker (admitted pro hac vice)<br>NORTON ROSE FULBRIGHT US LLP<br>111 W. Houston Street, Suite 1800<br>San Antonio, TX 78205<br>Telephone: (210) 224-5575<br>Facsimile: (210) 270-7205<br>Email: michael.parker@nortonrosefulbright.com |
| 2. Parties:<br>O.W. BUNKER USA INC. LIQUIDATING TRUST | Michael R. Enright<br>Patrick M. Birney<br>ROBINSON & COLE LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8299<br>Email: menright@rc.com<br>pbirney@rc.com<br><br>Natalie D. Ramsey<br>Davis Lee Wright<br>ROBINSON & COLE LLP<br>1000 n. West Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 516-1703<br>Email: nramsey@rc.com<br>dwright@rc.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**: Not applicable

**Part 5: Sign below**

**Other**:

        **ZEISLER & ZEISLER, P.C.**

        */s/ Eric Henzy*
        Eric Henzy
        Federal Bar No. ct12849
        10 Middle Street, 15th Floor
        Bridgeport, CT 06604
        Telephone: (203) 368-4234
        Facsimile: (203) 549-0861
        ehenzy@zeislaw.com

        and

        **NORTON ROSE FULBRIGHT US LLP**

        */s/ Michael M. Parker*
        Michael M. Parker
        State Bar No. 00788163
        michael.parker@nortonrosefulbright.com
        Steve A. Peirce
        State Bar No. 15731200
        steve.peirce@nortonrosefulbright.com
        111 W. Houston Street, Suite 1800
        San Antonio, TX 78205
        Telephone: (210) 224-5575
        Facsimile: (210) 270-7205

        **ATTORNEYS FOR NUSTAR ENERGY SERVICES, INC. AND NUSTAR TERMINALS MARINE SERVICES N.V., CROSS-APPELLANT**

## CERTIFICATE OF SERVICE

I certify that on September 17, 2019, a true and correct copy of the above and foregoing has been served via the Court's CM/ECF Document Filing System upon the follow registered CM/ECF users:

Michael R. Enright
Patrick M. Birney
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103

Natalie D. Ramsey
Davis Lee Wright
Robinson & Cole LLP
1000 N. West Street
Wilmington, DE  19801

*/s/ Eric Henzy*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| **O.W. BUNKER HOLDING NORTH AMERICA, INC., et al.,**[1] | : | |
| | : | Case No. 14-51720 |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF CROSS-APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the cross-appellant(s)**

1.  Name of cross-appellant:

    NuStar Energy Services, Inc. and NuStar Terminals Marine Services, N.V. (collectively, "**NuStar**").

2.  Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in adversary proceeding: | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | |
| ☐ Defendant | ☐ Debtor |
| ☐ Other (describe) | ☒ Creditor |
| _____ | ☐ Trustee |
| | ☐ Other (describe) |
| | _____ |

**Part 2: Identify the subject of this appeal**

1.  Describe the judgment, order, or decree appealed from:

**Exhibit A**: Memorandum of Decision: (i) Granting in Part and Denying in Part NuStar's Motion For Summary Judgment; and (ii) Denying in Part and Granting in Part OWB USA Trust's Motion for Summary Judgment Dkt. 1682.

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses: O.W. Bunker Holding North America Inc. (7474); O.W. Bunker North America Inc. (7158); O.W. Bunker USA Inc. (3556). The Debtors' address is 281 Tresser Blvd., 2 Stamford Plaza, 15th Floor, Stamford, CT 06901.

2. State the date on which the judgment, order, or decree was entered: August 19, 2019.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary).

| | |
|---|---|
| 1. Parties:<br>NUSTAR ENERGY SERVICES, INC. and NUSTAR TERMINALS MARINE SERVICES, N.V. | Eric Henzy (ct12849)<br>ZEISLER & ZEISLER, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT  06605<br>Telephone: (203) 368-4234<br>Facsimile: (203) 549-0861<br>Email:  ehenzy@zeislaw.com |
| | Michael M. Parker (admitted pro hac vice)<br>NORTON ROSE FULBRIGHT US LLP<br>111 W. Houston Street, Suite 1800<br>San Antonio, TX  78205<br>Telephone:     (210) 224-5575<br>Facsimile:     (210) 270-7205<br>Email:  michael.parker@nortonrosefulbright.com |
| 2. Parties:<br>O.W. BUNKER USA INC. LIQUIDATING TRUST | Michael R. Enright<br>Patrick M. Birney<br>ROBINSON & COLE LLP<br>280 Trumbull Street<br>Hartford, CT   06103<br>Telephone:  (860) 275-8299<br>Email: menright@rc.com<br>pbirney@rc.com |
| | Natalie D. Ramsey<br>Davis Lee Wright<br>ROBINSON & COLE LLP<br>1000 n. West Street, Suite 1200<br>Wilmington, DE  19801<br>Telephone: (302) 516-1703<br>Email:  nramsey@rc.com<br>dwright@rc.com |

42850362.1

- 2 -

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**: Not applicable

**Part 5: Sign below**

**Other**:

        **ZEISLER & ZEISLER, P.C.**

        */s/ Eric Henzy*
        Eric Henzy
        Federal Bar No. ct12849
        10 Middle Street, 15th Floor
        Bridgeport, CT 06604
        Telephone: (203) 368-4234
        Facsimile: (203) 549-0861
        ehenzy@zeislaw.com

        and

        **NORTON ROSE FULBRIGHT US LLP**

        */s/ Michael M. Parker*
        Michael M. Parker
        State Bar No. 00788163
        michael.parker@nortonrosefulbright.com
        Steve A. Peirce
        State Bar No. 15731200
        steve.peirce@nortonrosefulbright.com
        111 W. Houston Street, Suite 1800
        San Antonio, TX 78205
        Telephone: (210) 224-5575
        Facsimile: (210) 270-7205

        **ATTORNEYS FOR NUSTAR ENERGY SERVICES, INC. AND NUSTAR TERMINALS MARINE SERVICES N.V., CROSS-APPELLANT**

## CERTIFICATE OF SERVICE

I certify that on September 17, 2019, a true and correct copy of the above and foregoing has been served via the Court's CM/ECF Document Filing System upon the follow registered CM/ECF users:

Michael R. Enright  
Patrick M. Birney  
Robinson & Cole LLP  
280 Trumbull Street  
Hartford, CT  06103

Natalie D. Ramsey  
Davis Lee Wright  
Robinson & Cole LLP  
1000 N. West Street  
Wilmington, DE  19801

*/s/ Eric Henzy*