UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **In re** | : | |
| | : | |
| **O.W. BUNKER HOLDING NORTH AMERICA, INC., et al.,**[1] | : | 19-cv-1366 (MPS) |
| | : | |
| **Debtors/Appellants/ Cross-Appellees** | : | |
| | : | |

## STIPULATED NOTICE OF DISMISSAL

The parties, through their undersigned attorneys, having settled this action pursuant to a confidential settlement agreement, hereby agree to dismiss this appeal with prejudice in accordance with Rule 8023 of the Federal Rules of Bankruptcy Procedure.  This *Stipulated Notice of Dismissal* applies to both the Notice of Appeal filed by O.W. Bunker USA Inc. Liquidating Trust on September 3, 2019 (Docket No. 1; docketed 9/4/2019) and the Notice of Cross-Appeal filed by NuStar Energy Services, Inc. and NuStar Terminals Marine Services N.V. on September 17, 2019 (Docket No. 5; docketed 9/18/2019).

The parties further stipulate that each party shall bear its own costs and attorneys' fees.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of the Debtors' taxpayer identification numbers follow in parentheses:  O.W. Bunker Holding North America Inc. (7474) and O.W. Bunker USA Inc. (3556).  The Debtors' address is: Kelly Beaudin Conlan, Trustee, O.W. Bunker USA Inc. Liquidating Trust, c/o Duff & Phelps, LLC, 55 East 52nd Street 31st Floor, New York NY 10055 USA.

Dated: October 1, 2019

| | |
|---|---|
| ROBINSON & COLE LLP | ZEISLER & ZEISLER, P.C. |
| | |
| Michael R. Enright (ct10286) | Eric Henzy |
| Patrick M. Birney (ct19875) | 10 Middle Street, 15th Floor |
| 280 Trumbull Street | Bridgeport, CT  06604 |
| Hartford, CT  06103 | Telephone: (203) 368-5495 |
| Telephone: (860) 275-8299 | ehenzy@zeislerlaw.com |
| menright@rc.com | |
| pbirney@rc.com | and |
| | |
| | NORTON ROSE FULBRIGHT US LLP |
| and | |
| | |
|  /s/ Davis Lee Wright | /s/ Michael M. Parker |
| Natalie D. Ramsey (admitted pro hac vice) | Michael M. Parker (admitted *pro hac vice*) |
| Davis Lee Wright (ct30344) | State Bar No. 00788163 |
| 1000 N. West Street, Suite 1200 | michael.parker@nortonrosefulbright.com |
| Wilmington, DE  19801 | Steve A. Peirce (admitted *pro hac vice*) |
| Telephone: (302) 516-1703 | State Bar No. 15731200 |
| nramsey@rc.com | steve.peirce@nortonrosefulbright.com |
| dwright@rc.com | 111 W. Houston Street, Suite 1800 |
| | San Antonio, TX  78205 |
| ATTORNEYS FOR O.W. BUNKER USA INC. LIQUIDATING TRUST, APPELLANT AND CROSS APPELLEE | Telephone:     (210) 224-5575 |
| | Facsimile:     (210) 270-7205 |
| | |
| | ATTORNEYS FOR NUSTAR ENERGY SERVICES, INC. AND NUSTAR TERMINALS MARINE SERVICES N.V., APPELLEES AND CROSS-APPELLANTS |